IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00221-01-CR-W-SOW |
| ANGELA M. KHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 18, 2005, I received a bond violation report from Pretrial Services Officer Dana Chance. According to the report, defendant failed on two occasions to attend outpatient substance abuse treatment. Defendant admitted to smoking marijuana and drinking a few beers at a family gathering on July 4, 2005. On July 14, 2005, defendant was arrested by officers of the Shawnee, Kansas Police Department for domestic battery.

A bond violation show cause hearing was held on July 21, 2005. Defendant was present represented by retained counsel Steven Schweiker. The government was represented by Assistant United States Attorney William Meiners. Defendant stipulated to the contents of the Violation Report.

It is therefore

ORDERED that the conditions of defendant's release are amended as follows:

1) Defendant is remanded to the third-party custodianship of her mother Linda Thomas, with whom defendant shall reside.

/s/Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 21, 2005